AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Fernando ESCOBAR-Puente<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No: 25-509 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>March 21, 2025,</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1)/(b)(2)(Re-Entry After Deportation),</u> an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:

On March 21, 2025, the Defendant, Luis Fernando ECOBEDO-Puente was encountered in Dona Ana County, New Mexico by Deportation Officer Jimmy Alcazar who is assigned to the Immigration and Customs Enforcement At Large Team. Officer Alcazar questioned the Defendant as to his citizenship, to which the Defendant stated that he was a citizen and national of Mexico, present in the United States without immigration documents that would allow him to be or remain in the United States legally. The Defendant had been previously removed from the United States to Mexico on May 18, 2018. There is no evidence that the Defendant received permission from the appropriate authority to reapply for admission into the United States.

☒ Continued on the attached sheet.

_Complainant's signature_

Jimmy Alcazar, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

            - by telephone. JHR

Date: March 21, 2025

City and state: Las Cruces, New Mexico

_Judge's signature_

Jerry H. Ritter  U.S. Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

United States of America

v.

ESCOBEDO-Puente Luis Fernando

**Continuation of Statement of Facts**:

On March 21, 2025, ESCOBEDO was encountered as he departed his place of residence located at 4801 S. Main Street #142 in Mesilla Park, NM at approximately 0830 hours. ERO Deportation Officers followed the subject for approximately 2 miles until he stopped at a gas station located at 3925 S. Main Street. Deportation Officer Alcazar approached the subject and identified himself to ESCOBEDO as an Immigration and Customs Officer with the Department of Homeland Security, and confirmed ESCOBEDO's identity and immigration status. ESCOBEDO readily admitted to being a citizen and national of Mexico by virtue of his birth in Durango, Mexico, without any immigration documents that would allow him to be in the United States legally. ESCOBEDO was taken into custody without incident and transported to the Las Cruces ICE Office located at 1140 Commerce Drive, Las Cruces, NM, for further processing.

The Defendant's Immigration records checks revealed that he was ordered removed to Mexico by an Expedited Removal in Santa Teresa, New Mexico, on May 12, 2018, and was removed to Mexico on May 18, 2018 via the Paso Del Norte Port of Entry in El Paso, Texas.

The Defendant's Criminal history: On August 13, 2024, ESCOBEDO was charged with Battery of Household Member, a misdemeanor in the State of New Mexico. Case was dismissed on October 28, 2024.

There is no evidence that the Defendant has received the permission of the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

Prosecution was accepted by AUSA Attorney Joni Stahl.

_____
Name & Title of Judicial Officer

_____
Signature of Complainant
Jimmy Alcazar, Deportation Officer

Jerry H. Ritter  U.S. Magistrate Judge